# NO. 12-20-00196-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: UV LOGISTICS, LLC D/B/A UNITED VISIONS LOGISTICS F/K/A DYNASTY TRANSPORTATION, LLC,* | § | |
| *DAVID A. FRANCO, JR., FRANCO TRANSPORTATION, FRANCO TRANSPORTATION, LLC AND VTL* | § | **ORIGINAL PROCEEDING** |
| *WC ACQUISITION LLC, RELATORS* | § | |

## MEMORANDUM OPINION
### PER CURIAM

UV Logistics, LLC d/b/a United Visions Logistics f/k/a Dynasty Transportation, LLC, David A. Franco, Jr., Franco Transportation, Franco Transportation, LLC, and VTL WC Acquisition LLC filed a petition for writ of mandamus in the above cause, seeking to compel Respondent to vacate four orders compelling discovery of certain electronically stored information.[1] On January 29, 2021, this Court conditionally granted the petition and directed Respondent to vacate the four orders. By an order signed on February 4, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we ***dismiss*** the petition for writ of mandamus as ***moot***.

Opinion delivered March 18, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable William R. Porter, visiting Judge of the 115th Judicial District Court of Upshur County, Texas. Paula Gentry is the Real Party in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 18, 2021**

**NO. 12-20-00196-CV**

**UV LOGISTICS, LLC D/B/A UNITED VISIONS LOGISTICS F/K/A DYNASTY TRANSPORTATION, LLC, DAVID A. FRANCO, JR., FRANCO TRANSPORTATION, FRANCO TRANSPORTATION, LLC AND VTL WC ACQUISITION LLC,**
Relators
V.

**HON. WILLIAM R. PORTER,**
Respondent

---

### ORIGINAL PROCEEDING

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by UV Logistics, LLC d/b/a United Visions Logistics f/k/a Dynasty Transportation, LLC, David A. Franco, Jr., Franco Transportation, Franco Transportation, LLC and VTL WC Acquisition LLC; who are the Relators in appellate cause number 12-20-00196-CV and defendants in trial court cause No. 676-17, pending on the docket of the 115th Judicial District Court of Upshur County, Texas. Said petition for writ of mandamus having been filed herein on August 13, 2020, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*